**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-7106

JOHN WILLIE MACK, JR.,

Plaintiff - Appellant,

v.

BARRY JOE BARNETTE, Solicitor, State of South Carolina; JOHN DAVID BURGESS, Spartanburg City Police; MANUEL J. ORTUNO, Forensics Analyst of South Carolina Law Enforcement Division,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  David C. Norton, District Judge.  (7:24-cv-03401-DCN)

Submitted:  August 28, 2025                    Decided:  September 2, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Willie Mack, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Willie Mack, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Mack's 42 U.S.C. § 1983 complaint. We have reviewed the record and discern no reversible error. Accordingly, we deny Mack's motion to appoint counsel and affirm the district court's order. *Mack v. Barnette*, No. 7:24-cv-03401-DCN (D.S.C. Oct. 17, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*